**SO ORDERED.**

Dated: March 11, 2018



# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

## Minute Entry Order

*Madeleine C. Wanslee*

**Madeleine C. Wanslee, Bankruptcy Judge**

### Hearing Information:

| | |
|---|---|
| **Debtor:** | LAWRENCE GARALD & STEFANIE CHRISTINE MARIE SPEAR |
| **Case Number:** | 2:17-BK-05671-MCW    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, MARCH 08, 2018 01:30 PM   7TH FLOOR #702 |
| **Bankruptcy Judge:** | MADELEINE C. WANSLEE |
| **Courtroom Clerk:** | CHRISTINA JOHNSON |
| **Reporter / ECR:** | MICHELLE RADICKE-STEVENSON |

### Matter:

STATUS HEARING ON CHAPTER 13 PLAN

**R / M #:** 20 / 0

### Appearances:

RACHEL FLINN, ATTORNEY FOR RUSSELL BROWN, TRUSTEE

### Proceedings:

Ms. Flinn advised debtors are delinquent with plan payments and their last response was filed in October. She stated debtors have not responded to the trustee's recommendation and she confirmed she is seeking dismissal of the case.

The court notes debtors have failed to appear.

COURT: DEBTORS HAVE FAILED TO MAKE PLAN PAYMENTS, FAILED TO APPEAR AT TODAY'S HEARING, AND HAVE FAILED TO RESOLVE ITEMS THREE, FOUR, AND SIX THROUGH EIGHT OF THE TRUSTEE'S RECOMMENDATION. FOR THOSE REASONS, THE COURT HEREBY DISMISSES THIS CASE.

_____
HONORABLE MADELEINE C. WANSLEE
United States Bankruptcy Judge